IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to**<br><br>*Frederick L. Richter & Karen Richter v. Syngenta AG; Syngenta Crop Protection, LLC; & Chevron U.S.A., Inc.*<br>Case No. 3:21-pq-00571-NJR | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order granting Defendants' Motion to Exclude Plaintiffs' Expert Dr. Martin Wells (Doc. 5237) and the Court's Order dismissing this multidistrict litigation's trial selection cases (Doc. 5238), this action is **DISMISSED with prejudice**.

DATED:  April 17, 2024

                                                     MONICA A. STUMP,
                                                     Clerk of Court

                                                   By:  s/ *Deana Brinkley*
                                                             Deputy Clerk

**APPROVED:**  s/ *Nancy J. Rosenstengel*
                         NANCY J. ROSENSTENGEL
                         Chief U.S. District Judge