IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Richter v. Syngenta AG, et al.*, No. 3:21-pq-571 | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## ORDER GRANTING EXTENSION OF TIME TO REQUEST COSTS

**ROSENSTENGEL, Chief Judge:**

     Plaintiffs and Defendant Chevron U.S.A. Inc. ("Chevron," and collectively with Plaintiffs, the "Parties") have stipulated and agreed to the terms of this Order regarding the time for Chevron to file a request for costs pursuant to Federal Rule of Civil Procedure 54 in the above-captioned case, which was dismissed with prejudice by the Court's April 17, 2024 Memorandum and Order (MDL Doc. 5238), and the corresponding Judgment entered in this member case. Under Local Rule 54.2(c), requests for costs ordinarily must be filed within 30 days after the entry of judgment. Given Plaintiffs' pending appeal of this Court's April 17 Memorandum and Order and corresponding Judgment to the United States Court of Appeals for the Seventh Circuit, the Parties have stipulated and agreed to an extension of time to allow Chevron to file a request for costs within 30 days after the issuance of the Seventh Circuit's mandate following resolution of the appeal.

     Thus, based on the Parties' stipulation, it is **ORDERED** that the deadline for Chevron to file a request for costs under Local Rule 54.2(c) is **EXTENDED**; Chevron may file a bill of costs no later than **30 days** after the Seventh Circuit issues its mandate in this matter.

     IT IS SO ORDERED.

     DATED:  May 23, 2024

                                                                   *s/ Nancy J. Rosenstengel*
                                                                   **NANCY J. ROSENSTENGEL**
                                                                   **Chief U.S. District Judge**